# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 21, 2017

United States District Court
Southern District of Texas
FILED

FEB 2 1 2017

David J. Bradley, Clerk of Court

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Erony Pratt, Individually and as Representative of the Estate of
Wayne Pratt, Deceased
v. Harris County, Texas, et al.
No. 16-893
(Your No. 15-20080)
4:12-CV-1770

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 21, 2017

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 15-20080   Erony Pratt v. Harris County, Texas, et al  
                      USDC No. 4:12-CV-1770

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Lisa G. Landry, Deputy Clerk  
                      504-310-7649